# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

COREY MICHELLI

VERSUS

KATHY SULLIVAN

NO.  2026 CW 0646

CONSOLIDATED WITH

COREY MICHELLI

VERSUS

DONALD SULLIVAN

**MAY 28, 2026**

---

In Re:      Donald Sullivan and Kathy Sullivan, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20250003931 c/w 20250003932.

---

BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

STAY DENIED; WRIT GRANTED WITH ORDER. The Orders of Protection signed on March 26, 2026 and April 1, 2026, respectively, are appealable. See **Pellerano v. Pellerano**, 2017-0302 (La. App. 1st Cir. 4/12/19), 275 So.3d 947, 949, writ denied sub nom., **Acosta v. Pellerano**, 2019-00756 (La. 9/17/19), 279 So.3d 379 (citing La. Code Civ. P. art. 2083(C); La. R.S. 46:2136(F)(1)). Therefore, the writ is granted for the limited purpose of remanding this matter to the trial court with instructions to grant appeals to defendants, Donald Sullivan and Kathy Sullivan, pursuant to the pleading that notified the trial court of defendants' intention to seek supervisory writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (per curiam). Additionally, a copy of this court's order is to be included in the appellate record.

Furthermore, to the extent the trial court(s) ordered a stay of any provisions of the Orders of Protection, the stay order is reversed, and relators' stay requests filed with this court are denied in all respects. See e.g. **Barber v. Barber**, 2015-1021 (La. App. 1st Cir. 4/15/16), 2016 WL 1535195, *3 (unpublished), writ denied, 2016-0934 (La. 6/17/16), 192 So.3d 771 ("LSA-R.S. 46:2136(F)(1) affords the trial court no such discretion to suspend the protective order during the pendency of an appeal.").

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.